CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Rhe
FEB 24 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD RONTE JACKSON, | ) | |
| Petitioner, | ) | Civil Action No. 7:06CV00060 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petitioner's motion to alter or amend judgment, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, shall be and hereby is **DENIED**.

The Clerk is directed to send a certified copies of this memorandum opinion and accompanying order to the petitioner and counsel of record for the respondent.

ENTER: This 24th day of February, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge